**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
|     **Plaintiff,** ) | |
| ) | |
| v. ) | Criminal No. 11-CR-30141-WDS |
| ) | |
| ) | |
| **KIM LAMAR McAFEE,** ) | |
| ) | |
|     **Defendant.** ) | |

## MEMORANDUM & ORDER

**STIEHL, District Judge:**

On August 22, 2011, the United States of America and defendant Kim Lamar McAfee consented to appear before Magistrate Judge Stephen C. Williams pursuant to Federal Rule of Criminal Procedure 11 and SDIL Rule 72.1(b)(2). At that time, the defendant entered a plea of guilty to the charge that he knowingly and willfully made a materially false, fictitious, and fraudulent statement and representation in a matter in the Southern District of Illinois and within the jurisdiction of the executive branch of the United States, all in violation of 18 U.S.C. § 1001(a)(2), as described in the Information (Doc. 1).

On August 24, 2011, Judge Williams submitted a Report recommending that the undersigned District Judge accept the plea of guilty, that a presentence investigation and report be prepared, and that the Defendant be adjudicated guilty and have sentence imposed accordingly (Doc. 10).

The Report included a notice to the parties informing them of their right to appeal by way of filing "Objections" within fourteen (14) days of service of the Report and Recommendation. Neither party has filed an objection, therefore, pursuant to **28 U.S.C. § 636(b)**, this Court need

not conduct *de novo* review. ***Thomas v. Arn***, **474 U.S. 140, 149-52 (1985);** ***Video Views Inc. v. Studio 21, Ltd.***, **797 F.2d 538 (7th Cir. 1986).**

Accordingly, the undersigned District Judge **ADOPTS** Magistrate Judge Williams' Report and Recommendation (Doc. 10), **ACCEPTS** defendant Kim Lamar McAfee's plea of guilty, and **ADJUDGES** defendant Kim Lamar McAfee guilty of knowingly and willfully making a materially false, fictitious, and fraudulent statement and representation in a matter in the Southern District of Illinois and within the jurisdiction of the executive branch of the United States, all in violation of 18 U.S.C. § 1001(a)(2), as described in the Information (Doc. 1).

**IT IS SO ORDERED.**

**DATE:  September 13, 2011**

                                               **/s/ WILLIAM D. STIEHL**
                                                  **District Judge**